JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

EDWIN EDUARDO MELGAR MONTERROSO,

          Petitioner,

    v.

FERETI SEMAIA, et al.,

          Respondents.

Case No. 5:26-cv-01911-ACCV

**JUDGMENT**

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted and Judgment is entered in favor of Petitioner.

IT IS SO ORDERED.

DATED: May 14, 2026

_____
HON. ANGELA C. C. VIRAMONTES
United States Magistrate Judge